United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-41396
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE ARMANDO GARCES, also known as Antonio Moreno,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-292-ALL
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Jorge Armando Garces appeals the sentence imposed following his plea of guilty to one count of possession with intent to distribute more than 100 kilograms of marijuana. He contends that his Sixth Amendment rights were violated because his sentence was based on facts found by the sentencing court by a preponderance of the evidence. He also contends that he was sentenced under mandatory Sentencing Guidelines contrary to United States v. Booker, 543 U.S. 220 (2005).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Garces was sentenced under the post-<u>Booker</u> advisory guidelines scheme which requires the sentencing court to calculate the guideline range in the same manner as before <u>Booker</u> and to make factual findings by a preponderance of the evidence. <u>See</u> <u>United States v. Johnson</u>, 445 F.3d 793, 797-98 (5th Cir.), <u>cert. denied</u>, 126 S. Ct. 2884 (2006). Garces misunderstands both <u>Booker</u> and his own post-<u>Booker</u> sentencing. Consequently, his appeal presents no issue relevant to his sentence. The judgment of the district court is AFFIRMED.